■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN C. BATES, Appellant. [753 NYS2d 739] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered November 5, 2001, convicting him of assault in the second degree, criminal trespass in the second degree, criminal possession of a weapon in the fourth degree,

criminal mischief in the fourth degree, and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the challenged comments made by the prosecution during summation do not require reversal (*see People v Galloway*, 54 NY2d 396).

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10; *People v Udzinski*, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and, in any event, is without merit. Florio, J.P., Feuerstein, Friedmann and Rivera, JJ., concur.